**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| STATE OF SOUTH CAROLINA by and through Isaac McDuffie Stone, III, in his capacity as Solicitor of the Fourteenth Judicial Circuit,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGTREE, LLC f/k/a LENDING-TREE, INC. d/b/a LENDINGTREE.COM, REALESTATE.COM, and LENDINGTREE, INC.,<br><br>Defendant. | Civil Action No.: 9:08-3505-HFF<br><br>**ORDER STAYING ALL MATTERS PENDING ORDER ON PLAINTIFF'S MOTION TO REMAND** |

In *State of South Carolina by and through Robert Ariail, in his capacity as Solicitor of the Thirteenth Judicial Circuit v. LendingTree, LLC, etc.* (Civil Action No.: 6:08-3044-HFF) ("Ariail action") this Court entered Orders on October 20, 2008 (Dkt. No. 21) and November 6, 2008 (Dkt. No. 32) that stayed all matters in that action pending ruling on Plaintiff's Motion to Remand to state court (Dkt. No. 14 in the Ariail action). The stay included all matters, including Federal and Local Civil Rule disclosure and conference requirements and Plaintiff's response to Defendant's Motion to Dismiss.

Defendant filed a Motion to Dismiss on October 22, 2008 in this action (Dkt. No. 6).

Plaintiff's response to the Motion to Dismiss in this action shall be due no later than fifteen (15) days after entry of this Court's order on Plaintiff's Motion to Remand (Dkt. No. 14 in the Ariail action). Defendant's reply in the Ariail action, if any, is due within ten (10) days of the filing of Plaintiff's response.

Plaintiff's motion is granted for good cause shown.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's motion to stay all matters pending the order on Plaintiff's Motion to Remand is GRANTED.

IT IS SO ORDERED.

s/Henry F. Floyd
The Honorable Henry F. Floyd
United States District Judge

November _18__, 2008
Spartanburg, SC